UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Vanik Carlence Pierre, | No. 25-cv-03107 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Jackson County, Jackson County Attorney's Office, and Christopher Sandy, *in his Individual and Official Capacity*, | |
| Defendants. | |

---

Plaintiff Vanik Carlence Pierre, a prisoner at Minnesota Correctional Facility – Moose Lake ("MCF-Moose Lake"), filed this lawsuit on August 1, 2025 asserting claims against Defendants for what he alleges are mistakes in his criminal sentencing. (Dkt. 1.) That same day he also filed an Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application"). (Dkt. 2.) On August 7, 2025, U.S. Magistrate Judge David T. Schultz ordered Mr. Pierre to pay an initial partial filing fee of $33.31 within 21 days. (Dkt. 3.) No payment was made. On September 4, 2025, Judge Schultz issued a Report and Recommendation ("R&R") recommending this case be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because Mr. Pierre had not paid the initial partial filing fee as required

by 28 U.S.C. § 1915(b). (Dkt. 4.) At the time of this Order, Mr. Pierre has still not paid the partial filing fee, objected to the R&R, or otherwise communicated with the Court.[1]

"A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order." *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam). This includes the inherent power to do so sua sponte. *Sterling v. United States*, 985 F.2d 411, 412 (8th Cir. 1993). Given that Plaintiff has not paid the filing fee, objected to the R&R, or had any communication with the Court in three months, the Court finds that this matter should be dismissed for failure to prosecute.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. This matter is **DISMISSED without prejudice** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. Plaintiff Vanik Carlence Pierre's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 3, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge

---

[1] It appears Mr. Pierre is still detained at MCF-Moose Lake, the facility he initiated this lawsuit from and where this case's filings have been sent. *See* Locator, Minn. Dep't Corr., https://coms.doc.state.mn.us/publicviewer/OffenderDetails/Index/268674/Search (last visited Nov. 3, 2025).